| | |
|---|---|
| 1 | Harris L. Pogust (*pro hac vice*) |
| | hpogust@pbmattorneys.com |
| 2 | T. Matthew Leckman (*pro hac vice*) |
| | mleckman@pbmattorneys.com |
| 3 | POGUST BRASLOW & MILLROOD LLC |
| 4 | 161 Washington Street, Suite 1520 |
| | Conshohocken, PA 19428 |
| 5 | T: (610) 941-4204 |
| | F: (610) 941-4245 |
| 6 | |
| 7 | Attorneys for Plaintiffs SIDNEY CARTER, ERIN HEXUM & NICK |
| 8 | HEXUM (h&w), and CLAUDIA HERRERA & PETER LOWRY (h&w) |

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY CARTER,<br>    Plaintiff,<br>    v.<br>ELI LILLY & COMPANY, an Indiana corporation,<br>    Defendant.<br>* * * * *<br>ERIN HEXUM & NICK HEXUM,<br>    Plaintiff,<br>    v.<br>ELI LILLY & COMPANY, an Indiana corporation,<br>    Defendant.<br>* * * * *<br>CLAUDIA HERRERA & PETER LOWRY,<br>    Plaintiff,<br>    v.<br>ELI LILLY & COMPANY, an Indiana corporation,<br>    Defendant. | No.: CV 13-2700 GHK (FFMx)<br>No.: CV 13-2701 GHK (FFMx)<br>No.: CV 13-2702 GHK (FFMx)<br><br>**DISCOVERY MATTER**<br><br>**JOINT APPLICATION FOR A TELEPHONIC HEARING** |

NOW COME, the Parties and file their Joint Application for a Telephonic Hearing and in support thereof state:

1. On August 12, 2014, the Parties filed a Joint Stipulation, pursuant to Local Rule 37, concerning certain discovery disputes.

2. The Parties requested a hearing date on September 2, 2014. Yesterday, the Court set the hearing for September 9, 2014.

3. The parties respectfully request to be heard on one of the disputes at issue – *i.e.*, the scheduling of third-party physician depositions and the proper sequence of examination at those depositions – in advance of the scheduled hearing.

4. The need for an earlier audience with the Court is a logistical one: as explained in the parties' stipulation, while Plaintiffs scheduled the depositions in question for dates in October 2014, Defendants have scheduled them for dates that precede the September 9, 2014 hearing.

5. Prior to Your Honor being assigned to these cases, the parties were able to amicably and efficiently resolve several discovery disputes in these cases by way of a conference call with Magistrate Judge Segal.

6. Prior to Your Honor being assigned to these cases, the parties were able to amicably and efficiently resolve several discovery disputes in these cases by way of a conference call with Magistrate Judge Segal.

7. If Your Honor is amenable to such an approach, the parties respectfully request to proceed in a similar fashion here, subject to your schedule. Resolving this dispute in advance of the hearing will be to the benefit of both parties.

WHEREFORE, for the reasons set forth above, the Parties respectfully request this Court to enter an Order, in the form attached hereto, granting the

Parties a Telephonic Conference.

Respectfully Submitted,

/s/ T Matthew Leckman  
T. Matthew Leckman, Esq.  
Pogust Braslow & Millrood, LLC  
161 Washington Street, Suite 1520  
Conshohocken, PA 19428  
T: (610) 941-4204  
F: (610) 941-4245  

*Attorneys for Plaintiffs*

/s/ Phyllis A. Jones  
Phyllis A. Jones, Esq.  
COVINGTON & BURLING LLP  
1201 Pennsylvania Avenue,  
NW Washington, D.C. 20004  
T: (202) 662-5868  
F: (202) 778-5868  

*Attorneys for Defendants*