# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 13-2700 GHK (FFMx)<br>CV13-2701 GHK (FFMx)<br>CV13-2702 GHK (FFMx) | Date | August 21, 2014 |
| Title | SIDNEY CARTER v. ELI LILLY AND COMPANY, et al.<br>ERIN HEXUM, et al. v. ELI LILLY AND COMPANY, et al.<br>CLAUDIA HERRERA, et al. v. ELI LILLY AND COMPANY, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | N/A | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Kevin O'Brien | Phyllis Jones |

**Proceedings:**   (IN CHAMBERS) TELEPHONIC STATUS CONFERENCE

Telephonic status conference held regarding discovery dispute.  Parties make their appearance.

Court finds that plaintiffs are entitled to priority in questioning certain witnesses.

|  | : | 05 |
|---|---|---|
| | Initials of Preparer | JM |