UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-2700 GHK (FFMx)<br>CV13-2701 GHK (FFMx)<br>CV13-2702 GHK (FFMx) | Date | September 9, 2014 |
|---|---|---|---|
| Title | SIDNEY CARTER v. ELI LILLY AND COMPANY, et al.<br>ERIN HEXUM, et al. v. ELI LILLY AND COMPANY, et al.<br>CLAUDIA HERRERA, et al. v. ELI LILLY AND COMPANY, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | CS 09/09/14 | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Matt Leckman | | Phyllis Jones |

**Proceedings:** **DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Case called. Counsel make their appearance. Court hears argument.

The Court gives its tentative ruling.

Court orders the parties to meet and confer forthwith.

Break

Case recalled.

Defendant's motion for protective order is denied in part, defendant is directed to produce documents as stated on the record.

: 18

Initials of Preparer       JM