E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-2701-GHK (FFMx); CV 13-2702-GHK (FFMx) | Date | September 22, 2014 |
|---|---|---|---|
| Title | *Erin Hexum, et al. v. Eli Lilly & Company; Claudia Herrera et al. v. Eli Lilly & Company* | | |

| Presiding: The Honorable | GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(In Chambers) Order re:** Plaintiff's L.R. 16-14 Application to Modify the Scheduling Order [Dkt. 86]

This matter is before the Court on Plaintiff's L.R. 16-14 Application to Modify the Scheduling Order ("Application") filed on September 15, 2014. Plaintiff seeks a hearing on October 6, 2014, less than the 28 days required under Local Rule 6.1 for hearing on a motion. To obtain a hearing in less than 28 days, Plaintiff must file an ex parte application, explain why it would be "irreparably prejudiced if the motion is heard on the regular motion calendar," and "establish that it was without fault in creating whatever it is that it perceives as a crisis condition." *Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 493 (C.D. Cal. 1995); *see also* L.R. 7-19; *In re Intermagnetics Am., Inc.*, 101 B.R. 191, 193 (C.D. Cal. 1989). Plaintiff has not satisfied this standard. Accordingly, Plaintiff's Application is hereby **DENIED**.

**IT IS SO ORDERED.**

: 
Initials of Deputy Clerk    Bea