| | |
|---|---|
| Harris L. Pogust (*pro hac vice*) <br> hpogust@pbmattorneys.com <br> T. Matthew Leckman (*pro hac vice*) <br> mleckman@pbmattorneys.com <br> POGUST BRASLOW MILLROOD LLC <br> 161 Washington Street, Suite 1520 <br> Conshohocken, PA 19428 <br> Tel.: (610) 941-4204 <br> Fax: (610) 941-4245 <br><br> Attorneys for Plaintiffs | David E. Stanley (SBN 144025) <br> Katherine W. Insogna (SBN 266326) <br> REED SMITH LLP <br> 355 South Grand Avenue, Suite 2900 <br> Los Angeles, CA 90071-1514 <br> Telephone: (213) 457-8000 <br> Facsimile: (213) 457-8080 <br> dstanley@reedsmith.com <br> kinsogna@reedsmith.com <br><br> Michael X. Imbroscio (*pro hac vice*) <br> mimbroscio@cov.com <br> Phyllis A. Jones (*pro hac vice*) <br> pajones@cov.com <br> **COVINGTON & BURLING LLP** <br> 1201 Pennsylvania Avenue NW <br> Washington, DC 20004 <br> Telephone: (202) 662-6000 <br> Facsimile: (202) 662-6291 <br><br> Attorneys for Defendant <br> ELI LILLY AND COMPANY |

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN HEXUM & NICK HEXUM, <br>     Plaintiff, <br><br> v. <br><br> ELI LILLY & COMPANY, an Indiana corporation, <br>     Defendant. <br><br> * * * * * <br><br> CLAUDIA HERRERA & PETER LOWRY, <br>     Plaintiff, <br><br> v. <br><br> ELI LILLY & COMPANY, an Indiana corporation, <br>     Defendant. | No.: CV 13-2701 SVW (MANx) <br> No.: CV 13-2702 SVW (MANx) <br><br> **JOINT STIPULATION ON LILLY'S PRODUCTION OF ADDITIONAL DOCUMENTS PURSUANT TO PLAINTIFFS' REQUEST FOR PRODUCTION NOS. 23, 46, AND 124** |

Pursuant to Local Civil Rule 37-2.1, and following the telephonic discovery hearing and the Court's Order of December 10, 2014 (Doc. No. 118), Plaintiffs Erin Hexum & Nick Hexum (Case No. CV 13-2701), and Claudia Herrera & Peter Lowry (Case No. CV 13-2702) (collectively, "plaintiffs") and Defendant Eli Lilly & Company ("Lilly") hereby submit this Joint Stipulation, which sets forth the parties' agreed deadlines for production of documents in response to the Requests for Production (RFP) covered by the Court's Order.

I. **DEADLINES FOR ADDITIONAL PRODUCTION BY LILLY**

On December 10, 2014, the Court granted in part Plaintiffs' motion to compel production of those items requested by RFP Nos. 23 (foreign labeling) and 46 (California sales representatives and sales tracking data). The parties have met and conferred and have agreed that Lilly shall produce those items requested by RFP No. 23 no later than **March 13, 2015** and those items requested by RFP No. 46 no later than **February 27, 2015**.

Furthermore, the Court denied Plaintiffs' motion to compel as to RFP No. 124 (Paxil-related materials). During the telephonic hearing preceding the Order, undersigned Plaintiffs' counsel lodged their objection to the ruling and argued for the record that the deposition testimony being taken that very day—that of Lilly executive Sharon Hoog—was and would buttress the relevance and propriety of RFP No. 124. The Court made suggestions to Plaintiffs' counsel as to the type of questioning that might develop testimony sufficient to support a motion for reconsideration but nonetheless denied Plaintiffs' motion to compel.

Following the deposition of Sharon Hoog and based on her testimony, Plaintiffs' counsel proposed to Lilly counsel a significantly narrowed version of RFP No. 124, and the parties subsequently agreed that Lilly would make some

2

production of Paxil materials. A narrow dispute remains as to the nature of Lilly's search efforts,[1] and the parties have agreed that Plaintiffs may put that narrow dispute before the Court by way of motion for reconsideration on or before **February 20, 2015**. The parties have agreed that Lilly will search the email files of company employees Sharon Hoog and Polly Points and produce materials fitting the following parameters on or by **February 13, 2015**:

> *All documents dated between 1994 and 1998 which: (1) refer to (a) Paxil or paroxetine, AND (b) discontinuation, dependence, withdrawal, or addiction.*

Based on the foregoing, the parties jointly request that Lilly be permitted to produce additional materials, and Plaintiffs permitted to move for reconsideration as to RFP No. 124, according to the schedule set forth above.

DATED: February 5, 2015

                        **POGUST BRASLOW & MILLROOD, LLC**

                        /s/ T. Matthew Leckman
                        Harris L. Pogust (*pro hac vice*)
                        hpogust@pbmattorneys.com
                        T. Matthew Leckman (*pro hac vice*)
                        MLeckman@pbmattorneys.com
                        POGUST BRASLOW MILLROOD LLC
                        161 Washington Street, Suite 1520
                        Conshohocken, PA 19428
                        Tel.: (800) 897-8930
                        Fax: (610) 941-4245

                        *Attorneys for Plaintiffs*

---

[1] The dispute that remains is that Plaintiffs have requested documents from *any* source, not just "email files." Lilly takes the position that a broader search is not warranted or feasible given the procedural posture of these cases, in which discovery has closed and there is a current trial setting of May 5, 2015.

**COVINGTON & BURLING LLP**

/s/ Phyllis A. Jones
Phyllis A. Jones (*admitted pro hac vice*)
pajones@cov.com
Michael X. Imbroscio (*pro hac vice*)
mimbroscio@cov.com
**COVINGTON & BURLING LLP**
1201 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

David E. Stanley (SBN 144025)
Katherine W. Insogna (SBN 266326)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:   (213) 457-8000
Facsimile:    (213) 457-8080
dstanley@reedsmith.com
kinsogna@reedsmith.com

*Attorneys for Eli Lilly & Company*