David E. Stanley (SBN 144025)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071-1514
Telephone:   (213) 457-8000
Facsimile:    (213) 457-8080
dstanley@reedsmith.com
mmandell@reedsmith.com

Michael X. Imbroscio (*pro hac vice*)
Phyllis A. Jones (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 662-5868
Facsimile: (202) 778-5868
mimbroscio@cov.com
pajones@cov.com

Attorneys for Defendant
Eli Lilly And Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN HEXUM & NICK HEXUM,<br>Plaintiff,<br>v.<br>ELI LILLY & COMPANY, an Indiana corporation,<br>Defendant.<br>* * * * *<br>CLAUDIA HERRERA & PETER LOWRY,<br>Plaintiff,<br>v.<br>ELI LILLY & COMPANY, an Indiana corporation,<br>Defendant. | No.: CV 13-2701 SVW−MAN<br>No.: CV 13-2702 SVW−MAN<br><br>**DEFENDANT ELI LILLY AND COMPANY'S RESPONSE TO EMERGENCY EX PARTE MOTION TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DAUBERT MOTIONS** |

In response to Plaintiffs' emergency ex parte application to continue the hearings for one week on Lilly's summary judgment motion in Hexum and Daubert motions in both Hexum and Herrera, Lilly responds as follows:

1. Plaintiffs propose to continue the current hearings set on April 6, 2015 to April 13, 2015. Lilly opposes that request because, as it advised Plaintiffs' counsel, Lilly's counsel responsible for that hearing has a conflict on April 13.

2. Lilly also opposed Plaintiffs' alternative request to move the date by two weeks to April 20, 2015, because a hearing on that date would not afford the parties sufficient time before any eventual trials in these matters, currently set for May 5, 2015.

3. If the concern is travel on Easter Sunday, as Lilly explained to Plaintiffs' counsel, Lilly would be happy to consent to a one-day delay of the hearings to April 7, 2015, if the Court would be willing to allow the motions to be heard on a non-motion day.

4. Alternatively, although Plaintiffs did not ask Lilly for consent or to stipulate to any extension of the briefing deadline, Lilly would have no objection to a short extension of the briefing schedule while maintaining the existing hearing date of April 6, 2015. Specifically, Lilly would have no objection to Plaintiffs' oppositions being due on Thursday, March 19, 2015, and Lilly's reply briefs being due one week later on Thursday, March 26, 2015, provided that the Court finds such a proposal acceptable even though it affords the Court less than the two weeks envisioned by the Local Rules between completion of briefing and the hearing date.

///
///
///
///
///

– 1 –

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted. |
| 2 | DATED: March 13, 2015 | REED SMITH LLP |
| 3 |  | COVINGTON & BURLING LLP |
| 4 |  | /s/ David E. Stanley |
| 5 |  | David E. Stanley<br>REED SMITH LLP |
| 6 |  | Michael X. Imbroscio (*pro hac vice*) |
| 7 |  | Phyllis A. Jones (*pro hac vice*)<br>COVINGTON & BURLING LLP |
| 8 |  | Attorneys for Defendant<br>Eli Lilly And Company |

– 2 –

DEFENDANT ELI LILLY AND COMPANY'S RESPONSE TO EMERGENCY EX PARTE MOTION
TO CONTINUE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DAUBERT
MOTIONS