BAUM HEDLUND ARISTEI & GOLDMAN, P.C.
Bijan Esfandiari (SBN 223216); R. Brent Wisner (276023)
rbwisner@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ERIN HEXUM and NICK HEXUM, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:13-cv-02701-SVW-MAN |
| v. | |
| ELI LILLY AND COMPANY, | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually  [✓] Filed   [ ] Lodged: **(List Documents)**

1. Plaintiff's Opposition to Defendant Eli Lilly and Company's Motion for Summary Judgment;
2. Plaintiff's Statement of Genuine Issues of Material Fact in Opposition to Defendant Eli Lilly and Company's Motion for Summary Judgment;
3. Declaration of R. Brent Wisner in Support of Plaintiff's Opposition to Defendant Eli Lilly and Company's Motion for Summary Judgment;
4. Declaration of T. Matt Leckman Pursuant to Federal Rule of Civil Procedure 56(d);
5. Plaintiffs' Unopposed Application to File Under Seal; and
6. [Proposed] Order Granting Application to File Under Seal.

**Reason:**
[✓] Under Seal
[ ] In Camera
[ ] Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
[ ] Electronic versions are not available to filer
[✓] Per Court order dated:  August 20, 2014
[ ] Administrative Record
[ ] Other:

| March 16, 2015 | R. Brent Wisner |
|---|---|
| Date | Attorney Name |
| | Plaintiffs |
| | Party Represented |

Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (09/14)   NOTICE OF MANUAL FILING OR LODGING