UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:13-cv-02701-SVW-MAN <br> 2:13-cv-02702-SVW-MAN | Date | April 17, 2015 |
|---|---|---|---|
| Title | Erin Hexum et al v. Eli Lilly and Company et al <br> Claudia Herrera et al v. Eli Lilly and Company et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:** IN CHAMBERS ORDER
[238] EX PARTE APPLICATION for Order for An Order Designating Order of Trials filed by Defendant Eli Lilly and Company
[229] EX PARTE APPLICATION for Order for An Order Designating Order of Trials filed by Defendant Eli Lilly and Company

     The Herrera (2702) and Hexum (2701) cases shall be tried separately. The Herrera (2702) case shall be tried first, with trial occurring as scheduled on May 5, 2015. The Hexum (2701) trial date is vacated. Both cases will be addressed at the pretrial conference scheduled for April 27, 2015, at which time the Court will also set a new trial date in the Hexum (2701) case.

| | : | |
|---|---|---|
| | Initials of Preparer | PMC |