| | |
|---|---|
| Bijan Esfandiari (SBN: 223216)<br>besfandiari@baumhedlundlaw.com<br>R. Brent Wisner (SBN: 276023)<br>rbwisner@baumhedlundlaw.com<br>**BAUM HEDLUND ARISTEI & GOLDMAN, P.C**<br>12100 Wilshire Blvd., Suite 950<br>Los Angeles, CA 90025<br>Telephone:  (310) 207-3233<br>Facsimile:  (310) 820-7444 | Harris L. Pogust *(pro hac vice)*<br>hpogust@pbmattorneys.com<br>T. Matthew Leckman (*pro hac vice*)<br>mleckman@pbmattorneys.com<br>**POGUST BRASLOW & MILLROOD, LLC**<br>161 Washington Street, Suite 1520<br>Conshohocken, PA 19428<br>Telephone: (610) 941-4204<br>Facsimile: (610) 941-4245 |

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA HERRERA AND PETER LOWRY,<br><br>            Plaintiffs,<br><br>    vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>            Defendant.<br>_____<br><br>ERIN HEXUM and NICK HEXUM,<br><br>            Plaintiffs<br><br>    vs.<br><br>ELI LILLY AND COMPANY, an Indiana corporation,<br><br>            Defendant. | Case No. CV 13-02701-SVW-MAN<br>Case No. CV 13-02702-SVW-MAN<br><br>Hon. Stephen V. Wilson<br><br>**APPLICATION FOR AN *EX PARTE* ORDER SETTING HEARING ON PLAINTIFFS' MOTION FOR SANCTIONS DURING THE FINAL PRETRIAL CONFERENCE** |

        Pursuant to Local Rule 7-19, Plaintiffs Claudia Herrera and Peter Lowry and Erin and Nick Hexum submit this *ex parte* application seeking an order from the Court setting Plaintiffs' Motion for Sanctions, filed April 20, 2015 for hearing and resolution at the final pretrial conference set for April 27, 2015 at 1:30 p.m.

        In support of this application, Plaintiffs submit:

1. An attached Memorandum in Support of Plaintiff's *Ex Parte* Application;

2. Declaration of R. Brent Wisner in Support of *Ex Parte* Application; and

3. A proposed order granting Plaintiffs' *Ex Parte* Application.

Dated:  April 20, 2015        Respectfully submitted,

**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**

 /s/ Brent Wisner
R. Brent Wisner, Esq.
R. Brent Wisner (SBN: 276023)
rbwisner@baumhedlundlaw.com
Bijan Esfandiari (SBN: 223216)
besfandiari@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel:  (310) 207-3233
Fax:  (310) 820-7444

**POGUST BRASLOW & MILLROOD, LLC**
Harris L. Pogust (*pro hac vice*)
hpogust@pbmattorneys.com
T. Matthew Leckman (*pro hac vice*)
mleckman@pbmattorneys.com
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA  19428

*Attorneys for Plaintiffs*

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION**

## I. NOTICE OF APPLICATION PURSUANT TO LOCAL RULE 7-19.1

Plaintiffs have filed a motion for sanctions arising out Lilly's failure to produce documents during discovery and failure to provide a timely and sufficient privilege log. This motion is presently noticed for May 18, 2015. However, there is a final pretrial conference set for this case on April 27, 2015 and trial is slated to begin on May 5, 2015. Many of the issues raised in the motion will have an impact on trial, and thus Plaintiffs seek leave to have the motion for sanctions heard during the final pretrial conference. Lilly does not oppose this application provided Lilly be allowed to file its opposition by Friday, April 24, 2015. (*See* Wisner Decl. in Support of *Ex Parte* Application ¶ 9.)

## II. CONTACT INFORMATION FOR OPPOSING COUNSEL

Michael X Imbroscio
(202) 662-5694
mimbroscio@cov.com

Phyllis A. Jones
(202) 662-5868
pajones@cov.com

**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

## III. REASONS FOR SEEKING *EX PARTE* ORDER

On Friday, March 27, 2015, Lilly made a document production in two related actions, *Ali v. Eli Lilly and Company*, 1:14cv-01615-AJT-JFA (E.D. Va.) and *Hagan-Brown v. Eli Lilly and Company*, 1:14cv-01614-AJT-JFA (E.D. Va.). (*See id.* ¶¶ 2-3.) Within this production were numerous documents that should have been previously produced during discovery. Despite a good faith effort to get this issue addressed sooner, the matter was not fully ripe to bring to the Court's attention until Friday, April 17, 2015. (*Id.* ¶¶ 4-8.) Moreover, Lilly's document production occurred less than 28 days prior to trial and thus could not be raised with a properly noticed motion prior to

the commencement of trial.

Similarly, Lilly produced a 143-page privilege log identifying over a thousand documents Lilly has withheld from production on April 7, 2015—less than a month before trial and in violation of the Court's order requiring privilege logs to be produced within ninety-days of any document production. (*Id.* ¶¶ 4-7.) Plaintiffs immediately raised this issue with Lilly and, on April 17, 2015, the matter became ripe to bring before the Court. Moreover, Lilly's document production of a privilege log occurred less than 28 days prior to trial and thus could not be raised with a properly noticed motion prior to the commencement of trial.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court enter an order setting Plaintiffs' Motion for Sanctions to be heard on April 27, 2015 during the final pretrial conference.

Dated:  April 20, 2015            Respectfully submitted,

**BAUM HEDLUND ARISTEI & GOLDMAN, P.C.**

 /s/ Brent Wisner
R. Brent Wisner, Esq.
R. Brent Wisner (SBN: 276023)
rbwisner@baumhedlundlaw.com
Bijan Esfandiari (SBN: 223216)
besfandiari@baumhedlundlaw.com
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tel:  (310) 207-3233
Fax:  (310) 820-7444

**POGUST BRASLOW & MILLROOD, LLC**
Harris L. Pogust (*pro hac vice*)
hpogust@pbmattorneys.com
T. Matthew Leckman (*pro hac vice*)
mleckman@pbmattorneys.com
Eight Tower Bridge, Suite 1520
161 Washington Street
Conshohocken, PA  19428

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I, R. Brent Wisner hereby certify that on this 20th day of April, 2015, I electronically filed the foregoing APPLICATION FOR AN EX PARTE ORDER SETTING HEARING ON PLAINTIFFS' MOTION FOR SANCTIONS DURING THE FINAL PRETRIAL CONFERENCE with the Clerk for the United States District Court for the Central District of California using the CM/ECF system, which shall send electronic notification to counsel of record.

                                                 /s/ R. Brent Wisner
                                                       R. Brent Wisner